IV. WHETHER JUDGE MARTIN T. MITCHELL'S SERVICE ON BOTH THE AIR FORCE COURT OF CRIMINAL APPEALS AND THE UNITED STATES COURT OF MILITARY COMMISSION REVIEW VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS STATUS AS A PRINCIPAL OFFICER ON THE UNITED STATES COURT OF MILITARY COMMISSION REVIEW.

V. WHETHER JUDGE MARTIN T. MITCHELL WAS IN FACT A PRINCIPAL OFFICER FOLLOWING HIS APPOINTMENT BY THE PRESIDENT TO THE UNITED STATES COURT OF MILITARY COMMISSION REVIEW IN LIGHT OF THE PROVISIONS OF 10 U.S.C. § 949b(b)(4)(C) AND (D), AUTHORIZING REASSIGNMENT OR WITHDRAWAL OF APPELLATE MILITARY JUDGES SO APPOINTED BY THE SECRETARY OF DEFENSE OF HIS DESIGNEE.

Briefs will be filed under Rule 25 on Issues I and II only.

No. 17–0143/CG. U.S. v. Ernest M. Ramos. CCA 1418. On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

WHETHER APPELLANT WAS ENTITLED TO ARTICLE 31(b), UCMJ, WARNINGS AT ANY POINT DURING HIS INTERROGATION BY CGIS, AND IF SO, WHETHER HE WAS PREJUDICED BY THE ADMISSION OF ANY OF HIS STATEMENTS.

Briefs will be filed under Rule 25.

No. 17–0003/AR. U.S. v. Christopher B. Hukill. CCA 20140939. On consideration of Appellee's motion to reschedule oral argument, it is ordered that said motion is hereby granted, that the Hearing Notice issued February 14, 2017, setting the above-mentioned case for oral argument is hereby vacated, and that oral argument for the above-mentioned case will be rescheduled.

No. 17–0035/AR. U.S. v. Jeffry A. Feliciano, Jr. CCA 20140766. Appellee's motion to reschedule oral argument is hereby denied.

No. 17–0177/AR. U.S. v. Brian K. Jewell II. CCA 20160464. On consideration of Appellant's motion to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.